```
 1  HEATHER E. WILLIAMS, #122664
    Federal Defender
 2  ANGELES ZARAGOZA, #270198
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JESUS BELTRAN-VALENZUELA
 6

 7                  IN THE UNITED STATES DISTRICT COURT

 8                FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,      )  NO. 10-cr-00288-MCE
                                   )
11           Plaintiff,            )  **STIPULATION AND ORDER CONTINUING**
                                   )  **STATUS CONFERENCE AND EXCLUDING**
12      v.                         )  **TIME**
                                   )
13  JESUS BELTRAN-VALENZUELA,      )  DATE:  August 8, 2013
                                   )  TIME:  9:00 a.m.
14           Defendant.            )  JUDGE: Hon. Morrison C. England, Jr.
                                   )
15  _____)
```

16      JESUS BELTRAN-VALENZUELA by and through his counsel, ANGELES
17 ZARAGOZA, Assistant Federal Defender, and NIRAV DESAI, Assistant United
18 States Attorney, hereby agree that the status conference set for July
19 18, 2013, be continued to August 8, 2013, at 9:00 a.m..

20      This continuance is being requested because defense counsel
21 requires additional time to pursue investigation, await reports on
22 priors which defense counsel has requested, and to discuss the case
23 further with the government.

24      Defense counsel will communicate with the government before the
25 next status conference to discuss any possible outstanding discovery
26 and to discuss plea negotiations.  This continuance is necessary for
27 the ongoing preparation of counsel.  The parties anticipate that this
28 case will resolve without the need of a trial.

1  Counsel, along with the defendant, agree that the time from July
2  18, 2013 through August 8, 2013, should be excluded in computing the
3  time within which trial must commence under the Speedy Trial Act,
4  §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to
5  prepare] and that the ends of justice served by this
6  continuance outweigh the best interests of the public and the
7  defendants in a speedy trial.

DATED: July 16, 2013              Respectfully submitted,

                                  HEATHER E. WILLIAMS
                                  Federal Defender

                                  /S/ Angeles Zaragoza
                                  ANGELES ZARAGOZA
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JESUS BELTRAN-VALENZUELA


DATE: July 16, 2013               BENJAMIN B. WAGNER
                                  United States Attorney

                                  /S/ Angeles Zaragoza for
                                  NIRAV DESAI
                                  Assistant United States Attorney

/ / /

/ / /

/ / /

/ / /

/ / /

**O R D E R**

IT IS HEREBY ORDERED that this matter is **continued to August 8, 2013, at 9:00 a.m.**, for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, the period from July 18, 2013 up to and including August 8, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Date: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT